Perry DICKINSON, Plaintiff-Appellant,

v.

Gloria J. DICKINSON,
Defendant-Respondent.

No. 49018.

Missouri Court of Appeals,
Eastern District,
Division One.
Jan. 7, 1986.

Milton W. Schaeffer, Richmond Heights, for plaintiff-appellant.

Prudence L. Fink, Union, for defendant-respondent.

ORDER

PER CURIAM.

This is a dissolution of marriage case. Husband contests the disparity in the amount of marital property awarded to wife in addition to $350.00 per month maintenance, $250.00 in child support and $750.00 in attorney's fees, claiming the trial court abused its discretion in ordering these amounts. We find there was sufficient competent evidence in the record to support the trial court's decision, that it was not against the weight of the evidence and that it did not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would be of no precedential value and the award is affirmed pursuant to Rule 84.16(b), V.A.M.R.

---

Virgil J. WINSTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37167.

Missouri Court of Appeals,
Western District.

Jan. 7, 1986.

Joseph H. Locascio, Special Public Defender, Robert A. McNemar, Certified Law Intern, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from denial without evidentiary hearing of a Rule 27.26 motion to vacate jury trial conviction of robbery in the first degree [§ 569.020, RSMo 1978] and sentence as a "dangerous offender" [§ 558.016.4, RSMo Cum.Supp.1984] to a fifteen-year term of imprisonment.

Judgment affirmed. Rule 84.16(b)